Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA S. MACKE and ) <br> JAMIE L. MACKE, ) <br> ) <br> Defendants. ) <br> ) | NO. CR06-127RSM <br><br> ORDER CONTINUING <br> TRIAL DATE |

This matter having come before the undersigned Court by stipulation and motion of counsel, the United States through the United States Attorney for the Western District of Washington, Susan M. Roe, Assistant United States Attorney for said district, and Joshua Macke by and through his attorney David Gehrke and Jamie Macke by and through her attorney Stewart Riley, the Court being fully advised in the matter, now finds that

The trial was scheduled for July 10, 2006.  The defendants are each waiving his or her speedy trial rights until September 25, 2006, which is beyond the new trial date of September 11, 2006.  The motion is made because there is a strong possibility that the matter will resolve short of trial as to both defendants, however, the schedules of counsel has delayed the resolution.

All counsel have been diligent in addressing this matter, however resolution of this matter is affected by a continuing investigation into many other targets.  The complicated facts of the investigation and of other targets delay determination of the parameters of these defendants' culpability. Further investigation may tend to exculpate one of these

ORDER/MACKES - 1
CR06-127

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  defendants and both defendants stand to benefit by further investigation.  After more
2  investigation, the attorneys may need additional time for discussion and additional
3  necessary attorney-counsel discussion.  None of this can be accomplished satisfactorily
4  prior to trial
5     All parties believe that with the continuance, this matter will be handled other than
6  with a trial and that the continuance may be to the defendants' benefit.
7     The Court is aware that time limitations for trial and speedy trial concerns are set
8  forth in Title 18, United States Code, Section 3161.
9     Section 3161(h) outlines the periods of excludable time, including:

> (8)(A) Any period of delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  No such period of delay resulting from a continuance granted by the court in accordance with this paragraph shall be excludable under this subsection unless the court sets forth, in the record of the case, either orally or in writing, its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

18  In this matter, the Court finds that further time is reasonable and necessary as the
19  requested time is within the speedy trial time period.  Further, that the ends of justice,
20  especially those which deal with consideration of victims and witnesses, are served by the
21  requested continuance as this Title 21 trial has few civilian witnesses and no known
22  victims. Therefore, the trial date is continued from July 10, 2006 until
23  September 11, 2006.
24     Dated this 7th day of July, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER/MACKES - 2
CR06-127

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

2  Presented by:

3

4  s/Susan M. Roe
   SUSAN M. ROE
5  Assistant United States Attorney
   WSBA 13000
6  United States Attorney's Office
   601 Union Street, Suite 5100
7  Seattle, WA 98101-3903
   Telephone: 206/553-1077
8  Fax: 206/553-0755
   E-mail: susan.roe@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER/MACKES - 3
CR06-127

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970